# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL DAVID DYDZAK,
     Appellant,
  vs.
TANI CANTIL-SAKAUYE; JORGE
NAVARRETE; THOMAS LAYTON,
A/K/A TOM LAYTON; CHARLES
SCHWAB; DONALD F. MILES;
JOHNNIE B. RAWLINSON; BARRY G.
SILVERMAN; WILLIAM A. FLETCHER;
PETER LIND SHAW; RONALD M.
GEORGE; ERIC M. GEORGE; ALAN I.
ROTHENBERG; 1ST CENTURY BANK;
1ST CENTURY BACSHARES, INC.;
EDWARD EPHRAIM SCHIFFER;
SIDNEY R. THOMAS; WILLIAM DATO;
MAXINE M. CHESNEY; MOLLY C.
DWYER; GEORGE H. KING; A.
WALLACE TASHIMA; FERDINAND
FRANCIS FERNANDEZ; KIM
MCCLANE WARDLAW; WILLIAM C.
CANBY; RONALD M. GOULD; AND
RICHARD C. TALLMAN,
     Respondents.

No. 84868

FILED

SEP 01 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
  DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion to dismiss. Eighth Judicial District Court, Clark County; Nancy L. Allf, Judge. Initial review of the notice of appeal and documents before this court reveals a jurisdictional defect. It appears that the challenged order is not a final judgment appealable under NRAP 3A(b)(1). "[A] final judgment is one that disposes of all the issues presented in the case, and leaves nothing for the future consideration of the court, except for post-judgment issues such as attorney's fees and costs." *Lee v. GNLV Corp.*, 116 Nev. 424,

22-27506

426, 996 P.2d 416, 417 (2000). The challenged order grants a motion to dismiss filed by two defendants and does not appear to dismiss the complaint in its entirety. It also appears that appellant's claims against the other defendants remain pending in the district court. And it does not appear that any other statute or court rule allows an appeal from the challenged order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, as it appears that this court lacks jurisdiction, this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc: Hon. Nancy L. Allf, District Judge
Daniel David Dydzak
1st Century Bacshares, Inc.
1st Century Bank
A. Wallace Tashima
Alan I. Rothenberg
Barry G. Silverman
Charles Schwab
Donald F. Miles
Edward Ephraim Schiffer
Eric M. George
Ferdinand Francis Fernandez
George H. King
Johnnie B. Rawlinson
Kim McClane Wardlaw
Maxine M. Chesney
Molly C. Dwyer
Peter Lind Shaw
Richard C. Tallman
Ronald M. George
Ronald M. Gould
Sidney R. Thomas
Olson, Cannon, Gormley, & Stoberski
Thomas Layton
William A. Fletcher
William C. Canby
William Dato
Eighth District Court Clerk